# United States Court of Appeals

### For the Eighth Circuit

_____

No. 24-1194

_____

United States of America

*Plaintiff - Appellee*

v.

Justin James Monchamp

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: September 23, 2024
Filed: October 2, 2024
[Unpublished]

_____

Before SMITH, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Justin James Monchamp appeals after the district court[1] revoked his supervised release and sentenced him to 12 months' imprisonment. He challenges the substantive reasonableness of his revocation sentence.

After careful review of the record, we conclude that the district court did not abuse its discretion in imposing a revocation sentence of 12 months' imprisonment. *See United States v. Miller*, 557 F.3d 910, 915-17 (8th Cir. 2009). The revocation sentence is within the Guidelines range, and we afford it a presumption of substantive reasonableness on appeal. *See United States v. Weems*, 76 F.4th 1153, 1156 (8th Cir. 2023). The district court did not overlook a relevant factor, give significant weight to an improper or irrelevant factor, or commit a clear error of judgment in weighing the relevant factors. *See United States v. Larison*, 432 F.3d 921, 923–24 (8th Cir. 2006).

Accordingly, we affirm.

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.